ROBERT A. DOLINKO (State Bar No. 076256)
rdolinko@nixonpeabody.com
ELLEN M. PAPADAKIS (State Bar No. 186621)
epapadakis@nixonpeabody.com
MATTHEW J. FRANKEL (State Bar No. 256633)
mfrankel@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

Attorneys for Defendant
THE HERTZ CORPORATION


SANDRA L. RIBERA (State Bar No. 236769)
JOSHUA DE LARIOS-HEIMAN (State Bar No. 256737)
RIBERA LAW FIRM
A Professional Corporation
807 Montgomery Street
San Francisco, CA 94133
Telephone:     (415) 576-1600
Facsimile:     (415) 842-0321

Attorney for Plaintiff
RICHARD MAUSISA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MAUSISA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>THE HERTZ CORPORATION, and DOES 1 through 20,<br><br>Defendants. | Case No.  3:12-cv-01432-EMC<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE NOVEMBER 9, 2012, CASE MANAGEMENT CONFERENCE**    ; ORDER RESETTING CMC |

-1-
**NOTICE OF SETTLEMENT AND REQUEST TO VACATE NOVEMBER 9, 2012, CASE MANAGEMENT CONFERENCE**

TO THE CLERK OF THE COURT AND U.S. DISTRICT JUDGE EDWARD M. CHEN:

PLEASE TAKE NOTICE that the parties reached settlement of this action at their October 30, 2012, mediation. The parties are in the process of finalizing settlement documentation and a stipulation of dismissal that will dispose of the case with prejudice, the latter of which will be filed with the Court within the next 21 days. Accordingly, the parties hereby respectfully request that the Court VACATE the case management conference currently scheduled for November 9, 2012, at 10:30 a.m.

Respectfully submitted,

DATED: November 1, 2012    RIBERA LAW FIRM, APC

By: */s/ Joshua de Larios-Heiman*

Attorneys for Plaintiff
RICHARD MAUSISA

DATED: November 1, 2012    NIXON PEABODY LLP

By: */s/ Matthew J. Frankel*

Attorneys for Defendant
THE HERTZ CORPORATION

LOCAL RULE 5.1(i)(3) ATTESTATION

I hereby attest that concurrence in the filing of the document has been obtained from Joshua de Larios-Heiman.

*/s/ Matthew J. Frankel*

IT IS SO ORDERED that the Further CMC is reset from 11/9/12 to 12/21/12 at 10:30 a.m. An updated joint CMC Statement shall be filed by 12/14/12. The 12/21/12 CMC will be vacated once a stipulation for dismissal is filed.

_____
Edward M. Chen
U.S. District Judge



2

NOTICE OF SETTLEMENT AND REQUEST TO VACATE NOVEMBER 9, 2012, CASE MANAGEMENT CONFERENCE, CASE NO. 3:12-CV-01432-EMC