ROBERT A. DOLINKO (State Bar No. 076256)
rdolinko@nixonpeabody.com
ELLEN M. PAPADAKIS (State Bar No. 186621)
epapadakis@nixonpeabody.com
MATTHEW J. FRANKEL (State Bar No. 256633)
mfrankel@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

Attorneys for Defendant
THE HERTZ CORPORATION


SANDRA L. RIBERA (State Bar No. 236769)
JOSHUA DE LARIOS-HEIMAN (State Bar No. 256737)
RIBERA LAW FIRM
A Professional Corporation
807 Montgomery Street
San Francisco, CA 94133
Telephone:     (415) 576-1600
Facsimile:     (415) 842-0321

Attorney for Plaintiff
RICHARD MAUSISA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MAUSISA, individually,<br><br>                Plaintiff,<br><br>   vs.<br><br>THE HERTZ CORPORATION, and DOES 1 through 20,<br><br>                Defendants. | Case No.  3:12-cv-01432-EMC<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE NOVEMBER 9, 2012, CASE MANAGEMENT CONFERENCE**; ORDER RESETTING CMC |

-1-

1       TO THE CLERK OF THE COURT AND U.S. DISTRICT JUDGE EDWARD M. CHEN:

2       PLEASE TAKE NOTICE that the parties reached settlement of this action at their October

3  30, 2012, mediation.  The parties are in the process of finalizing settlement documentation and a

4  stipulation of dismissal that will dispose of the case with prejudice, the latter of which will be filed

5  with the Court within the next 21 days.  Accordingly, the parties hereby respectfully request that the

6  Court VACATE the case management conference currently scheduled for November 9, 2012, at

7  10:30 a.m.

8                         Respectfully submitted,

9  DATED:      November 1, 2012     RIBERA LAW FIRM, APC

10

11                         By: */s/ Joshua de Larios-Heiman*

12                       Attorneys for Plaintiff
RICHARD MAUSISA

13

14  DATED:      November 1, 2012     NIXON PEABODY LLP

15                         By: */s/ Matthew J. Frankel*

16                       Attorneys for Defendant
THE HERTZ CORPORATION

17

18              LOCAL RULE 5.1(i)(3) ATTESTATION

19      I hereby attest that concurrence in the filing of the document has been obtained from Joshua

20  de Larios-Heiman.

21                         */s/ Matthew J. Frankel*

22  IT IS SO ORDERED that the Further CMC is reset from 11/9/12 to 12/21/12 at 10:30 a.m.  An

23  updated joint CMC Statement shall be filed by 12/14/12. The 12/21/12 CMC will be vacated
once a stipulation for dismissal is filed.

24  _____

25  Edward M. Chen
U.S. District Judge

26

27

28



2