ROBERT A. DOLINKO (State Bar No. 076256)
rdolinko@nixonpeabody.com
ELLEN M. PAPADAKIS (State Bar No. 186621)
epapadakis@nixonpeabody.com
MATTHEW J. FRANKEL (State Bar No. 256633)
mfrankel@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax:  (415) 984-8300

Attorneys for Defendant
THE HERTZ CORPORATION

SANDRA L. RIBERA (State Bar No. 236769)
sribera@riberalaw.com
JOSHUA DE LARIOS-HEIMAN (State Bar No. 256737)
jheiman@riberalaw.com
RIBERA LAW FIRM
A Professional Corporation
807 Montgomery Street
San Francisco, CA 94133
Telephone:     (415) 576-1600
Facsimile:     (415) 842-0321

Attorneys for Plaintiff
RICHARD MAUSISA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MAUSISA, individually, <br><br> Plaintiff, <br><br> vs. <br><br> THE HERTZ CORPORATION, and DOES 1 through 20, <br><br> Defendants. | Case No.  3:12-cv-01432-EMC <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE**  ; ORDER <br><br> **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

-1-
**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff RICHARD MAUSISA and Defendant THE HERTZ CORPORATION, by and through their respective counsel, hereby stipulate to dismissal of this action, with prejudice.  Each party shall bear its own attorneys' fees and costs of litigation.

                                                     Respectfully submitted,

DATED:   November 15, 2012   RIBERA LAW FIRM, APC

By: */s/ Joshua de Larios-Heiman*

Attorneys for Plaintiff
RICHARD MAUSISA

DATED:   November 20, 2012   NIXON PEABODY LLP

By: */s/ Matthew J. Frankel*

Attorneys for Defendant
THE HERTZ CORPORATION

LOCAL RULE 5.1(i)(3) ATTESTATION

I hereby attest that concurrence in the filing of the document has been obtained from Joshua de Larios-Heiman.

                                                     */s/ Matthew J. Frankel*

IT IS SO ORDERED.
All hearings are vacated.



_____
Edward M. Chen
United States District Judge